UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Danielle Wellington, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Empower Federal Credit Union, DOES 1 Through 5,<br><br>Defendants. | Civil Action<br><br>Case No: 5:20-cv-01367-DNH-ML |

### ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT; APPROVAL OF ATTORNEYS' FEES AND COSTS; ADMINISTRATOR FEES; AND CLASS REPRESENTATIVE SERVICE AWARDS

The Court, having considered the parties' submissions, and upon calling the case in open Court on June 26, 2023, with no objections being heard, rules as follows:

1. The Court GRANTS Final Approval of the settlement reached between the parties as set forth in their Settlement Agreement;

2. The Litigation is DISMISSED with prejudice;

3. The Court will retain jurisdiction over this action to enforce the settlement;

4. Plaintiffs' requests for attorneys' fees is GRANTED and Class Counsel is awarded $948,812;

5. Plaintiffs' requests for litigation costs is GRANTED;

6. Plaintiffs' request for reimbursement of claims administration costs to KCC LLC is GRANTED;

7. Plaintiffs Danielle Wellington and Dianna Conley's request for a class representative service award of $10,000 each is GRANTED; and

1

8. The parties are to submit a candidate for *cy pres* distribution within 30 days of this Order.

IT IS SO ORDERED.

Dated: June 27, 2023

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 06-27-2023